The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMANDA DOUGHERTY, individually and as a representative of the class,

Plaintiff,

v.

BARRETT BUSINESS SERVICES, INC.,

Defendant.

Case No. 2:15-cv-01501-TSZ

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON CROSS-MOTIONS REGARDING DISCOVERY

The parties have a dispute regarding the scope of discovery. After conferring, plaintiff intends to file a motion to compel and defendant intends to file a cross motion for a protective order. Pursuant to LCR 7(k), the parties hereby stipulate by and between the undersigned, subject to the approval of the Court, that the following schedule shall govern their cross motions:

1. Defendant shall provide plaintiff a copy of any declarations to be used in defendant's motion for protective order on or before March 17, 2017;

2. Both plaintiff's motion to compel and defendant's motion for protective order shall be filed and served on or before March 30, 2017;

3. Both responses to the cross motions shall be filed and served on or before April 21, 2017.

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON CROSS-MOTIONS REGARDING DISCOVERY- 1
(Case No. 2:15-cv-01501-TSZ)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4835-8015-3668.1

1  Both parties are requesting and stipulating to extra time between the filing of the
2  motions and the filing of the responses due to the fact that attorneys for both parties have
3  preplanned trips and will be out of the office at different times during the first two weeks in
4  April. To accommodate the schedule of both parties the parties are stipulating to and requesting
5  the additional time for the responses.
6  DATED this 7th day of March, 2017.

By: /s/ Joseph Vance, P.C.
Joseph Vance, P.C., WSB No. 25531
Megan L. Starich, WSB No. 47520
Miller Nash Graham & Dunn LLP
2801 Alaskan Way, Suite 300
Seattle, Washington  98121
Telephone:  (206) 624-8300
Fax:  (206) 340-9599
E-mail:   Joseph.VanceP.C@millernash.com
          Megan.Starich@millernash.com
Attorneys for Defendant


By: /s/ E. Michelle Drake
Beth E. Terrell, WSB No. 26759
Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone:  (206) 816-6603
Fax:  (206) 319-5450
E-mail:  bterrell@terrellmarshall.com

E. Michelle Drake, *Admitted Pro Hac Vice*
John G. Albanese, *Admitted Pro Hac Vice*
Berger & Montague, P.C.
43 S.E. Main Street, Suite 505
Minneapolis, Minnesota 55414
Telephone:  (612) 594-5999
Fax:  (215) 875-4604
E-mail:  emdrake@bm.net
         jalbanese@bm.net

Attorneys for Plaintiff

STIPULATION AND ORDER SETTING BRIEFING
SCHEDULE ON CROSS-MOTIONS REGARDING
DISCOVERY- 2
(Case No. 2:15-cv-01501-TSZ)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON  98121

4835-8015-3668.1

**PURSUANT TO STIPULATION, IT IS ORDERED:**

The following briefing schedule shall apply to the parties' cross-motions to compel and for protective order;

1. Defendant shall provide Plaintiff a copy of any declarations to be used in defendant's motion for protective order on or before March 17, 2017;

2. Both plaintiff's motion to compel and defendant's motion for protective order shall be filed and served on or before March 30, 2017, and noted for April 21, 2017; and

3. Both responses to the cross-motions shall be filed and served on or before April 21, 2017.  No reply shall be filed unless requested by the Court.

DATED this 7th day of March, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

MILLER NASH GRAHAM & DUNN, LLP

*/s/ Joseph Vance, P.C.*
Joseph Vance, P.C., WSB No. 25531
Megan L. Starich, WSB No. 47520
Miller Nash Graham & Dunn LLP
2801 Alaskan Way, Suite 300
Seattle, Washington  98121
Telephone:  (206) 624-8300
Fax:  (206) 340-9599
E-mail:  Joseph.VanceP.C@millernash.com
             Megan.Starich@millernash.com
Attorneys for Defendant

STIPULATION AND ORDER SETTING BRIEFING
SCHEDULE ON CROSS-MOTIONS REGARDING
DISCOVERY- 3
(Case No. 2:15-cv-01501-TSZ)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON  98121

4835-8015-3668.1