UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMANDA DOUGHERTY, individually and as a representative of the class,

Plaintiff,

v.

BARRETT BUSINESS SERVICES, INC.,

Defendant.

C15-1501 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 59, the pending discovery cross-motions, docket nos. 52 and 54, are RENOTED to April 28, 2017. Responses are due on the new noting date. No reply shall be filed unless requested by the Court.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of April, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1