UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMANDA DOUGHERTY, individually and as a representative of a class,

Plaintiff,

v.

BARRETT BUSINESS SERVICES, INC.,

Defendant.

C15-1501 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion to seal, docket no. 61, is GRANTED. Plaintiff's unredacted motion to determine privilege, docket no. 62, and Exhibits 2 and 3 to the Declaration of E. Michelle Drake, docket nos. 62-1 & 62-2, shall remain under seal.

(2) Defendant's motion to seal, docket no. 68, is GRANTED. Defendant's unredacted response, docket no. 69, to plaintiff's motion to determine privilege shall remain under seal.

(3) Plaintiff's motion to seal, docket no. 74, is GRANTED. Plaintiff's unredacted reply, docket no. 75, in support of the motion to determine privilege shall remain under seal.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of May, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1