UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA DOUGHERTY, individually and as a representative of a class,<br><br>Plaintiff,<br><br>v.<br><br>BARRETT BUSINESS SERVICES, INC.,<br><br>Defendant. | C15-1501 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for remand, docket no. 79, is GRANTED, and this matter is hereby REMANDED, effective immediately, to the King County Superior Court.

(2) Defendant's motion to stay class-related discovery pending resolution of jurisdictional issues, docket no. 78, is STRICKEN as moot.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to CLOSE this case.

Dated this 12th day of June, 2017.

                                               William M. McCool
                                               Clerk

                                               s/Karen Dews
                                               Deputy Clerk

MINUTE ORDER - 1